IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TOMMY JERMAINE CLARK, JR.,**

    Plaintiff,

v.                                                        Civil Action No. **3:22CV812**

**OFFICER LOESEL,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on February 7, 2023, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On March 31, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $21.23. On April 19, 2023, the United States Postal Service returned the March 31, 2023, Memorandum Order to the Court marked, "RETURN TO SENDER" and "Not Here." (ECF No. 9.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                    /s/
                                                   John A. Gibney, Jr.
                                                 Senior United States District Judge

Date: 3 May 2023
Richmond, Virginia